RECEIVED

JUL 02 2008

JUDGE SCHEINDLIN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X

ELEANOR CAPOGROSSO,                    08 CV. 5455 (SAS)

           Plaintiff

   -against-

NEW YORK STATE COMMISSION ON           STIPULATION
JUDICIAL CONDUCT, et al.

           Defendants.
------------------------------X

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/2/08

    **IT IS HEREBY STIPULATED AND AGREED** by and between plaintiff *pro se* Eleanor Capogrosso and the State defendants, through the Office of the Attorney General, that the State Defendants' time to respond to the complaint in this matter is hereby adjourned until September 2, 2008, by which time State defendants anticipate that any and all issues relating to service and representation will have been resolved. No previous request for an adjournment has been made by State defendants; and

1

**IT IS FURTHER STIPULATED AND AGREED** that faxed signatures shall have the same force and effect in this stipulation as original signatures.

Dated: New York, New York
July 2, 2008

ANDREW M. CUOMO
Attorney General of the
 State of New York
By:

_____
Monica A. Connell
Assistant Attorney General
120 Broadway
New York, NY 10271
Tel: (212) 416-8965
Fax: (212) 416-6009

Dated: New York, New York
July 2, 2008

ELEANOR CAPOGROSSO, ESQ.
Plaintiff Pro Se
By:

_____
Eleanor Capogrosso
122 East 42nd Street, Ste. 1616
New York, NY 10168
Tel: (212) 509-7700
Fax: (212) 509-7600

SO ORDERED:

Dated: New York, New York
       July 2, 2008

_____
HON. SHIRA SCHEINDLIN
United States District Judge

2